UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AYSIA CANTERBURY, et al. ) | Case No.: 4:23cv298 |
| ) | |
|     Plaintiffs. ) | |
| ) | JUDGE J. PHILIP CALABRESE |
| v. ) | |
| ) | |
| NORFOLK SOUTHERN CORPORATION ) | |
| et al. ) | |
| ) | |
|     Defendants. ) | ORDER OF TRANSFER |

Pursuant to L.R. 3.1(b)(3), and with the agreement of both the transferor and transferee judges, the above captioned case is transferred to the docket of Judge Benita Y. Pearson, U.S. District Court for the Northern District of Ohio, as related to Case No. 4:23-cv-242.

**IT IS SO ORDERED**.

Dated: February 16, 2023

                                              s/ J. Philip Calabrese
                                              United States District Judge
                                              Transferor Judge

                                              s/ Benita Y. Pearson
                                              United States District Judge
                                              Transferee Judge