IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, YOUNGSTOWN

| | |
|---|---|
| AYSIA CANTERBURY & LISA SODERGEN, individually, and on behalf of all others similarly situated, | ) Case No. 4:23-cv-00298 ) ) NOTICE OF APPEARANCE |
| Plaintiffs, | ) ) **JURY TRIAL DEMANDED** |
| v. | ) ) |
| NORFOLK SOUTHERN CORPORATION and NORFOLK SOUTHERN RAILWAY COMPANY, | ) ) ) ) |
| Defendants. | ) |

To: Clerk of Court

KINDLY enter the appearance of Scott D. Clements, of the law firm of Dickie, McCamey & Chilcote, P.C., on behalf of Defendants, Norfolk Southern Corporation and Norfolk Southern Railway Company.

Respectfully submitted,

DICKIE, McCAMEY & CHILCOTE, P.C.

By: /s/Scott D. Clements
Scott D. Clements, Esquire (0096529)

Two PPG Place, Suite 400
Pittsburgh, PA 15222
(412) 281-7272

Attorneys for Defendants,
Norfolk Southern Corporation and
Norfolk Southern Railway Company

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2023, I filed the foregoing **Notice of Appearance** with the Clerk using the CM/ECF System, which will send notification of such filing to the following:

Jesse A. Shore, Esquire
Morgan & Morgan, Kentucky PLLC
300 Madison Avenue, Suite 200
Covington, KY  41011

Rene F. Rocha, Esquire
Morgan & Morgan, Complex Litigation Group
400 Poydras Street, Suite 1515
New Orleans, LA  70130

Frank Petosa, Esquire
Morgan & Morgan, Complex Litigation Group
8151 Peters Road, Suite 4000
Plantation, FL  33324

DICKIE, McCAMEY & CHILCOTE, P.C.

By: /s/Scott D. Clements
Scott D. Clements, Esquire

Attorneys for Defendants,
Norfolk Southern Corporation and
Norfolk Southern Railway Company

15866582.1