IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, YOUNGSTOWN

| | |
|---|---|
| AYSIA CANTERBURY & LISA SODERGEN, individually, and on behalf of all others similarly situated, | ) Case No. 4:23-cv-00298 ) ) NORFOLK SOUTHERN CORPORATION'S ) CORPORATE DISCLOSURE STATEMENT |
| Plaintiffs, | ) ) **JURY TRIAL DEMANDED** |
| v. | ) ) |
| NORFOLK SOUTHERN CORPORATION and NORFOLK SOUTHERN RAILWAY COMPANY, | ) ) ) ) |
| Defendants. | ) |

   Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b): Any nongovernmental corporate party or any nongovernmental corporation that seeks to intervene in a case must file a corporate disclosure statement identifying the following: (a) Any parent, subsidiary, or affiliate corporation; (b) Any publicly held corporation that owns 10% or more of the party's stock; and (c) Any publicly held corporation or its affiliate that has a substantial financial interest in the outcome of the case by reason of insurance, a franchise agreement or indemnity agreement. A corporation is an affiliate for purposes of this rule if it controls, is under the control of, or is under common control with a publicly owned corporation. A party must file the statement upon the filing of a complaint, answer, motion, response, or other pleading in this Court, whichever occurs first. The obligation to report any changes in the information originally disclosed continues throughout the pendency of the case.

   In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of: **Norfolk Southern Corporation.**

   1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

      ___ Yes  **X** No.

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

   **Norfolk Southern Corporation is a publicly traded company. Norfolk Southern Corporation, a Georgia-based parent company with headquarters in Atlanta Georgia, owns all of the common stock of and**

  **controls a major freight railroad, Norfolk Southern Railway Company. In addition, Norfolk Southern Corporation owns NS Fiber Optics, Inc.; Norfolk Southern Properties, Inc; General American Insurance Company; and Thoroughbred Technology & Telecommunications, LLC.**

2. Is there a publicly owned corporation, not a party to the case that has a financial interest in the outcome?

    \_\_\_\_ Yes    **X** No.

    If the answer is Yes, list the identity of such corporation and the nature of the financial interest: **N/A**

3. Identify the citizenship of every individual or entity whose citizenship is attributed to the party or intervenor on whose behalf this Corporate Disclosure Statement is being filed:

    **Norfolk Southern Corporation is a Virginia corporation with its principal place of business in Atlanta, Georgia and is therefore deemed to be a citizen of both the Commonwealth of Virginia and the State of Georgia in accordance with 28 U.S.C. § 1332(c)(1).**

               DICKIE, MCCAMEY & CHILCOTE, P.C.

Dated: <u>February 17, 2023</u>       By: <u>/s/Scott D. Clements</u>
                 J. Lawson Johnston, Esquire
                 Scott D. Clements, Esquire

                 Two PPG Place, Suite 400
                 Pittsburgh, PA 15222
                 (412) 281-7272

                 Counsel for Defendant,
                 Norfolk Southern Corporation

15866533.1