PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HAROLD R. FEEZLE, *et al.*, *etc.*, ) | |
| ) | CASE NO. 4:23CV0242 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORFOLK SOUTHERN ) | |
| RAILWAY CO., *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| GRAYCE EISLEY, *et al., etc.*, ) | |
| ) | CASE NO. 4:23CV0250 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORFOLK SOUTHERN ) | |
| RAILWAY COMPANY, ) | |
| ) | |
| Defendant. ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| RAY E. HALL, *et al.*, *etc.*, ) | |
| ) | CASE NO. 4:23CV0257 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORFOLK SOUTHERN ) | |
| RAILWAY CO., *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| ANDREW ERDOS, *et al., etc.*, ) | |
| ) | CASE NO. 4:23CV0268 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORFOLK SOUTHERN ) | |
| CORPORATION., *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| CHASE KINDER, *et al., etc.*, ) | |
| ) | CASE NO. 4:23CV0292 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORFOLK SOUTHERN ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| AYSIA CANTERBURY, *et al., etc.*, ) | |
| ) | CASE NO. 4:23CV0298 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORFOLK SOUTHERN ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

2

| | |
|---|---|
| KRISTIN BATTAGLIA, *et al.*, *etc.*, ) | |
| ) | CASE NO. 4:23CV0303 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORFOLK SOUTHERN ) | |
| RAILWAY COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| JESSICA DAVIS, *et al., etc.*, ) | |
| ) | CASE NO. 4:23CV0308 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORFOLK SOUTHERN ) | |
| RAILWAY COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| TINA IBEL, *et al.*, *etc.*, ) | |
| ) | CASE NO. 4:23CV0315 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORFOLK SOUTHERN ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

3

| | |
|---|---|
| KAYLA BAKER, *et al., etc.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NORFOLK SOUTHERN )<br>CORPORATION, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 4:23CV0324<br><br>JUDGE BENITA Y. PEARSON<br><br><br><br><br>**ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| SCOTT SNYDER, *et al.,etc.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NORFOLK SOUTHERN )<br>RAILWAY CO., *et al.*, )<br>)<br>Defendants. ) | CASE NO. 4:23CV0344<br><br>JUDGE BENITA Y. PEARSON<br><br><br><br><br>**ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| AMY DETTMER, *et al., etc.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NORFOLK SOUTHERN )<br>RAILWAY CO., *et al.*, )<br>)<br>Defendants. ) | CASE NO. 4:23CV0345<br><br>JUDGE BENITA Y. PEARSON<br><br><br><br><br>**ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| WILLIAM LEE FISHER, *et al., etc.*, ) | |
| ) | CASE NO. 4:23CV0350 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORFOLK SOUTHERN ) | |
| CORPORATION, *et al.* ) | |
| ) | |
| Defendants. ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| ROBERT ATKINSON, *et al.*, *etc.*, ) | |
| ) | CASE NO. 4:23CV0363 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORFOLK SOUTHERN ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| CHRISTINA BODNAR, *et al.*, ) | |
| ) | CASE NO. 4:23CV0380 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORFOLK SOUTHERN ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

5

| | |
|---|---|
| ROSEMARY MOZUCH, *et al.*, *etc.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NORFOLK SOUTHERN )<br>CORPORATION, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 4:23CV0415<br><br>JUDGE BENITA Y. PEARSON<br><br><br><br><br>**<u>ORDER</u>** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| BRENDA SMITH, *et al.*, *etc.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NORFOLK SOUTHERN )<br>CORPORATION, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 4:23CV0429<br><br>JUDGE BENITA Y. PEARSON<br><br><br><br><br>**<u>ORDER</u>** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| JON LUKE AFFELTRANGER, *et al.*, *etc.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NORFOLK SOUTHERN )<br>CORPORATION, )<br>)<br>Defendants. ) | CASE NO. 4:23CV0440<br><br>JUDGE BENITA Y. PEARSON<br><br><br><br><br>**<u>ORDER</u>** |

**I.**

On or before March 15, 2023, counsel for Plaintiffs in the above-captioned cases shall file in Case No. 4:23CV0242 (*i.e.* the first-filed case) a motion proposing a class counsel organizational structure, including, if necessary, a competing structure(s). *See* Fed. R. Civ. P. 23(g). The motion shall include in a single document the views of all counsel for Plaintiffs in the 18 cases now pending on the docket of the undersigned. Attorneys Seth A. Katz and M. Elizabeth Graham are responsible for coordinating the final version of the motion and Attorney Jayne Conroy shall file the motion. The motion and any briefing regarding it shall not be filed in any of the other pending cases.

**II.**

On or before March 15, 2023, counsel for Plaintiffs in the above-captioned cases shall file in Case No. 4:23CV0242 a Joint Status Report setting forth their views and the views of defense counsel regarding (1) the potential consolidation of the 18 cases, pursuant to Fed. R. Civ. P. 42(a), (2) the filing of a Master Consolidated Amended Complaint in Case No. 4:23CV0242, and (3) the timing of Defendants' responsive filing. Attorneys Seth A. Katz and M. Elizabeth Graham are responsible for coordinating the final version of the Joint Status Report and Attorney Jayne Conroy shall file it. The Joint Status Report and any briefing regarding it shall not be filed in any of the other pending cases.

IT IS SO ORDERED.

   March 8, 2023                                        */s/ Benita Y. Pearson*
Date                                                  Benita Y. Pearson
                                                        United States District Judge