# EXHIBIT A

# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that _____

Mr. Rene Fernandez Rocha III

whose address is ___ 400 Poydras St Ste 1515 ___

New Orleans, LA 70130

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the ___27th___ day of ___September___, ___2012___.

Given over my hand and the Seal of the Louisiana State Bar Association, this ___8th___ day of ___March___, ___2023___.

_____
Executive Director
Louisiana State Bar Association