PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AYSIA CANTERBURY, *et al.*, *etc.*, | ) | |
| | ) | CASE NO. 4:23CV0298 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORFOLK SOUTHERN | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF Nos. 11, 12, and 13] |

Pending is Attorney T. Michael Morgan's Motion for Admission *Pro Hac Vice* (ECF No. 11). The motion is accompanied by a Certificate of Good Standing (ECF No. 11-1) and the $120.00 fee (Receipt Number AOHNDC-11882183) as required by LR 83.5(h).

Also pending is Attorney Rene F. Rocha's Motion for Admission *Pro Hac Vice* (ECF No. 12). The motion is accompanied by a Certificate of Good Standing (ECF No. 12-1) and the $120.00 fee (Receipt Number AOHNDC-11882261) as required by LR 83.5(h).

Finally, pending is Attorney Frank Petosa's Motion for Admission *Pro Hac Vice* (ECF No. 13). The motion is accompanied by a Certificate of Good Standing (ECF No. 13-1) and the $120.00 fee (Receipt Number AOHNDC-11882262) as required by LR 83.5(h).

For good cause shown, the motions are granted. T. Michael Morgan, Rene F. Rocha, and Frank Petosa shall be entered on the docket as representing Plaintiffs.

(4:23CV0298)

The attorneys are reminded of the requirement to register for CM/ECF and to file and receive all documents electronically. *See* LR 5.1(c).

IT IS SO ORDERED.

| | |
|---|---|
|    March 10, 2023    |    */s/ Benita Y. Pearson*    |
| Date | Benita Y. Pearson |
| | United States District Judge |