PEARSON, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| HAROLD R. FEEZLE, *et al.*, *etc.*, | ) | |
| | ) | CASE NO. 4:23CV0242 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORFOLK SOUTHERN | ) | |
| RAILWAY CO., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| GRAYCE EISLEY, *et al., etc.*, | ) | |
| | ) | CASE NO. 4:23CV0250 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORFOLK SOUTHERN | ) | |
| RAILWAY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| RAY E. HALL, *et al.*, *etc.*, | ) | |
| | ) | CASE NO. 4:23CV0257 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORFOLK SOUTHERN | ) | |
| RAILWAY CO., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| ANDREW ERDOS, *et al., etc.*, | ) |
| | ) CASE NO. 4:23CV0268 |
| Plaintiffs, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| NORFOLK SOUTHERN CORPORATION., *et al.*, | ) |
| | ) |
| Defendants. | ) **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| CHASE KINDER, *et al.*, *etc.*, | ) |
| | ) CASE NO. 4:23CV0292 |
| Plaintiffs, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| NORFOLK SOUTHERN CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| AYSIA CANTERBURY, *et al.*, *etc.*, | ) |
| | ) CASE NO. 4:23CV0298 |
| Plaintiffs, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| NORFOLK SOUTHERN CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| KRISTIN BATTAGLIA, *et al.*, *etc.*, ) | |
| ) | CASE NO. 4:23CV0303 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORFOLK SOUTHERN ) | |
| RAILWAY COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| JESSICA DAVIS, *et al., etc.*, ) | |
| ) | CASE NO. 4:23CV0308 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORFOLK SOUTHERN ) | |
| RAILWAY COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| TINA IBEL, *et al.*, *etc.*, ) | |
| ) | CASE NO. 4:23CV0315 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORFOLK SOUTHERN ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| KAYLA BAKER, *et al., etc.*, | ) | |
| | ) | CASE NO.  4:23CV0324 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORFOLK SOUTHERN | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| SCOTT SNYDER, *et al.,etc.*, | ) | |
| | ) | CASE NO.  4:23CV0344 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORFOLK SOUTHERN | ) | |
| RAILWAY CO., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| AMY DETTMER, *et al.*, *etc.*, | ) | |
| | ) | CASE NO.  4:23CV0345 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORFOLK SOUTHERN | ) | |
| RAILWAY CO., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| WILLIAM LEE FISHER, *et al., etc.*, | ) | |
| | ) | CASE NO. 4:23CV0350 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORFOLK SOUTHERN CORPORATION, *et al.* | ) ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ROBERT ATKINSON, *et al., etc.*, | ) | |
| | ) | CASE NO. 4:23CV0363 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORFOLK SOUTHERN CORPORATION, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| CHRISTINA BODNAR, *et al.*, | ) | |
| | ) | CASE NO. 4:23CV0380 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORFOLK SOUTHERN CORPORATION, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| ROSEMARY MOZUCH, *et al.*, *etc.*,  ) | |
| ) | CASE NO.  4:23CV0415 |
| Plaintiffs,  ) | |
| ) | |
| v.  ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORFOLK SOUTHERN  ) | |
| CORPORATION, *et al.*,  ) | |
| ) | |
| Defendants.  ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| BRENDA SMITH, *et al.*, *etc.*,  ) | |
| ) | CASE NO.  4:23CV0429 |
| Plaintiffs,  ) | |
| ) | |
| v.  ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORFOLK SOUTHERN  ) | |
| CORPORATION, *et al.*,  ) | |
| ) | |
| Defendants.  ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| JON LUKE AFFELTRANGER, *et al.*, *etc.*,  ) | |
| ) | CASE NO.  4:23CV0440 |
| Plaintiffs,  ) | |
| ) | |
| v.  ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORFOLK SOUTHERN  ) | |
| CORPORATION,  ) | |
| ) | |
| Defendants.  ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| GIOVANI IRIZARRY, *et al.*, *etc.*, | ) | |
| | ) | CASE NO.  4:23CV0479 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORFOLK SOUTHERN CORPORATION, *et al.* | ) ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| FRANK POLICARO, *et al.*, *etc.*, | ) | |
| | ) | CASE NO.  4:23CV0495 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORFOLK SOUTHERN CORPORATION, | ) ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| CERAMFAB, INC., *et al.*, | ) | |
| | ) | CASE NO.  4:23CV0509 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORFOLK SOUTHERN CORPORATION, | ) ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| EDWARD E. BARNHOUSE, *etc.*, | ) |
| | ) CASE NO.  4:23CV0510 |
| Plaintiffs, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| NORFOLK SOUTHERN CORPORATION, | ) ) ) |
| | ) |
| Defendants. | ) **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| ROBERT KURTZ, JR., *et al.*, *etc.*, | ) |
| | ) CASE NO.  4:23CV0529 |
| Plaintiffs, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| NORFOLK SOUTHERN CORPORATION, | ) ) ) |
| | ) |
| Defendants. | ) **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| MICHAEL BUNTS, *et al.*, *etc.*, | ) |
| | ) CASE NO.  4:23CV0586 |
| Plaintiffs, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| NORFOLK SOUTHERN RAILWAY CORPORATION, *et al.*, | ) ) ) |
| | ) |
| Defendants. | ) **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| DAVIDSON CULIXTE, ) | |
| ) | CASE NO. 4:23CV0600 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORFOLK SOUTHERN RAILWAY ) | |
| COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| JERROLD GURNEY, *et al.*, ) | |
| ) | CASE NO. 4:23CV0601 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORFOLK SOUTHERN RAILWAY ) | |
| COMPANY, *et al.* ) | |
| ) | |
| Defendants. ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| TIM HAMILTON, *et al.*, ) | |
| ) | CASE NO. 4:23CV0602 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| NORFOLK SOUTHERN RAILWAY ) | |
| COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| JIBRIL EMMANUEL HAMMOND, | ) | |
| | ) | CASE NO. 4:23CV0603 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORFOLK SOUTHERN RAILWAY COMPANY, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| SCOTT MCALLER, *et al.*, | ) | |
| | ) | CASE NO. 4:23CV0604 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORFOLK SOUTHERN RAILWAY COMPANY, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

Pursuant to prior Orders, the parties in the cases related to the February 3, 2023 Norfolk Southern train derailment in East Palestine, Ohio then pending on the docket of the undersigned filed Plaintiffs' Motion to Appoint Interim Class Counsel and a Plaintiffs' Leadership Structure (ECF No. 25 in Case No. 4:23CV0242 (*i.e.* the first-filed case)) and a Joint Status Report (ECF No. 26 in Case No. 4:23CV0242).

TAKE NOTICE that Plaintiffs' Motion to Appoint Interim Class Counsel and a Plaintiffs' Leadership Structure (ECF No. 25 in Case No. 4:23CV0242) and the Joint Status Report (ECF No. 26 in Case No. 4:23CV0242) shall come on for hearing on Friday, March 31,

10

2023, at 9:00 a.m. EDT before the undersigned *via* Zoomgov.com.  Counsel in the 29 cases now pending on the docket of the undersigned shall be prepared to voice their positions regarding the matters set forth in the two filings.[1]

The Court will email the Zoomgov.com meeting link to Seth A. Katz and M. Elizabeth Graham (Plaintiffs' counsel in Case No. 4:23CV0268), who shall be responsible for forwarding the link to all other counsel in the 29 cases now pending on the docket of the undersigned.

IT IS SO ORDERED.

March 24, 2023 /s/ *Benita Y. Pearson*
Date Benita Y. Pearson
United States District Judge

---

[1] To the extent practicable, the Court urges only those counsel with disparate views from those made known on the docket to speak.