PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: EAST PALESTINE TRAIN DERAILMENT ) ) ) ) ) ) ) | CASE NO. 4:23CV0242 <br><br> JUDGE BENITA Y. PEARSON <br><br> **ORDER** <br> [Resolving ECF Nos. 104 and 105] |

Pending is Attorney Matthew R. Strauser's Motion for Admission *Pro Hac Vice* (ECF No. 104). The motion is accompanied by a Declaration (ECF No. 104-1) attesting to good standing, and the $120.00 fee (Receipt Number AOHNDC-12069411) as required by LR 83.5(h).

Also pending is Attorney James R. Brauchle's Motion for Admission *Pro Hac Vice* (ECF No. 105). The motion is accompanied by a Certificate of Good Standing (ECF No. 105-1) and the $120.00 fee (Receipt Number AOHNDC-12069446) as required by LR 83.5(h).

For good cause shown, the motions are granted. Matthew R. Strauser and James R. Brauchle shall be entered on the docket as representing Plaintiffs.

The attorneys are reminded of the requirement to register for CM/ECF and to file and receive all documents electronically. *See* LR 5.1(c).

IT IS SO ORDERED.

| | |
|---|---|
|    July 6, 2023    <br> Date | */s/ Benita Y. Pearson* <br> Benita Y. Pearson <br> United States District Judge |